UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

Dean Benter,

        Plaintiff,

vs.                                          ORDER ADOPTING
                                              REPORT AND RECOMMENDATION

Mahnomen County Human
Services, et al.,

        Defendants.                   Civil No. 17-2986 (PJS/LIB)

* * * * * * * * * * * * * * * * *

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-entitled matter, **IT IS ORDERED**:

    1.     That all federal claims against Fosston Eye Clinic, Matthew Forgit, and Angela Smith are DISMISSED WITH PREJUDICE.

    2.     All remaining claims, including any pendent state-law claims, are DISMISSED WITHOUT PREJUDICE.

    3.     Plaintiff Dean Benter's application to proceed *in forma pauperis* [ECF No. 5] is DENIED.

    4.     Let Judgment be entered accordingly.


DATED: 11/22/17                                       s/Patrick J. Schiltz
At Minneapolis, Minnesota                   Patrick J. Schiltz, Judge
                                                      United States District Court